**DISMISS and Opinion Filed December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01312-CV

### IN THE INTEREST OF V.V.K., A CHILD

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-53692-2017**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee, docketing statement, clerk's record, and reporter's record in this case are past due. By postcard dated October 31, 2018, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that the failure to do so would result in dismissal of the appeal. Also by postcard dated October 31, 2018, we informed appellant the docketing statement in this case was due. We cautioned appellant that the failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

The record was due November 27, 2018. In a letter dated November 28, 2018, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. We cautioned appellant that the failure to do so would result in

the dismissal of this appeal without further notice. The following day, we notified appellant of the failure to pay for the reporter's record and directed appellant to provide verification of payment or arrangements to pay for the reporter's record or to provide written documentation appellant had been found entitled to proceed without payment of costs within ten days. On December 12, 2018, the district clerk again notified the Court that appellant had not paid or made arrangements to pay for the clerk's record. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


181312F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF V.V.K., A CHILD

No. 05-18-01312-CV

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-53692-2017.
Opinion delivered by Chief Justice Wright. Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered December 20, 2018.